In the Matter of DOUGLAS SMITH, Appellant, against JOSEPH F. GAGLIARDI, as Mayor of the Village of Larchmont, et al., Respondents.— Order denying an application pursuant to article 78 to review a determination of the board of trustees of the village of Larchmont discontinuing ten feet of a public street at its easterly terminus reversed on the law and the facts, without costs, and matter remitted to Special Term for trial pursuant to sections 1295 and 1296 of the Civil Practice Act on the issues presented by the pleadings and accompanying papers. Woodland Avenue is not the exclusive property of the village and its residents (*People* v. *Kerr,* 27 N. Y. 188, 212, 213); it is impressed with a trust for use by all of the public (*City of New York* v. *Rice,* 198 N. Y. 124, 128; *Matter of Green* v. *Miller,* 249 N. Y. 88, 93; *Town of Galen* v. *Clyde & Rose Plank Road Co.,* 27 Barb. 543, 551). The property of the petitioner adjoins Woodland Avenue and this access is a property right (*Fearing* v. *Irwin,* 55 N. Y. 486, 490; *Egerer* v. *New York Central & Hudson Riv. R. R. Co.,* 130 N. Y. 108) of which petitioner cannot be deprived without compensation unless there is available a suitable alternative means of access to a public highway (*Holmes* v. *State of New York,* 279 App. Div. 489, 491). In conjunction with the conceded proof, questions of fact exist as to a rock formation preventing access from the northerly portion of petitioner's property to Palmer Avenue, and petitioner's assertion that the transcript of the record submitted by the board is incomplete. Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ., concur.

JANSA WOODWORKING CORP., Appellant, v. SEALTITE MANUFACTURING CORP., Respondent.— Action to recover money paid and the value of property assigned by a tenant in excess of emergency rent, and for a statutory penalty. Such claimed excess was given by the tenant after entry of an order awarding possession to the landlord in a summary dispossess proceeding and during a stay of issuance of a warrant of eviction in accordance with a written agreement of the parties. Plaintiff appeals from an order granting defendant's motion for summary judgment and denying plaintiff's cross motion to strike out an affirmative defense and for summary judgment, and from the judgment entered in accordance therewith. Order and judgment unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Wenzel, Schmidt, Murphy and Ughetta, JJ. [See *post,* p. 969.]

ROSLYN JONAP, Respondent-Appellant, v. LOWELL G. JONAP, Appellant-Respondent.— In a separation action, defendant appeals from so much of an order as awards plaintiff temporary alimony of $20 a week and a counsel fee of $250, and plaintiff cross-appeals from so much of said order as awards her only said amounts and $15 a week for the support and maintenance of their child during the pendency of the action. Order affirmed, without costs. No opinion. Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ., concur.